AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

9962963

U.S. MARSHAL-DC
RECEIVED OCT 22 '25

| UNITED STATES OF AMERICA | ) |
| v. | ) |
|  | ) Case No. 0090 1:18CR00339-001 |
| Devierre Cheppell | ) |
|  | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Devierre Cheppell   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Refer to probation petition

Date: October 22, 2025

*Issuing Officer's Signature*

City and State: Washington, DC

Andriea Hill, Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)* 10/22/2025, and the person was arrested on *(date)* 6 Jan 2026
at *(city and state)* Washington, DC

Date: 6 Jan 2026

*Arresting Officer's Signature*

Daniel Dalton DUSM
*Printed Name and Title*